ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | DOCKET NUMBER:  24-CR-20508 |
| | : | |
| DABNEY, Keyshawn | : | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E) PROGRAM

You have been found in violation. Accordingly, the Court imposes the following sanctions:

- X Verbal reprimand to not commit another federal, state, or local crime.
- X Verbal reprimand to not communicate or interact with someone you know is engaged in criminal activity.
- X Loss of credit for three (3) months.
- X Complete 30 hours of community service work.

☐ Return to the U.S. Courthouse on _____ to observe the following proceedings: _____

☐ Provide a written _____ -page explanation for noncompliant behavior, as directed.
☐ Travel restricted as follows: _____
☐ Increased reporting to the probation officer as follows: _____
☐ Increased drug testing as follows: _____
☐ Participation in drug, alcohol, or mental health treatment.
☐ Complete _____ hours community service as directed.
☐ Comply with the following curfew restrictions or home confinement: _____

☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐ Serve _____ days in jail, to be released on _____
☐ Termination from the H.O.P.E Program.
☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E Program review date is on   June 18, 2025 at 2:00 p.m.
at the U.S. Courthouse in   the Eastern District of Michigan

Dated this  15  day of  May  2025.

_____
United States District Judge