ATTACHMENT 4
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA :
:
vs. : DOCKET NUMBER: <u>24-CR-20508-001</u>
:
<u>Keyshawn DABNEY</u> :

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

You have been found in violation. Accordingly, the Court imposes the following sanctions:

- [X] Verbal reprimand to refrain from any unlawful use of a controlled substance.
- [X] Loss of credit for one month (October 2025-November 2025).
- [X] Continue in treatment and comply with all recommendations made by treatment provider.
- [ ] Return to the U.S. Courthouse on _____ to observe the following proceedings: _____
- [ ] Provide a written _____ -page explanation for noncompliant behavior, as directed.
- [ ] Travel restricted as follows: _____
- [ ] Increased reporting to the probation officer as follows: _____
- [ ] Increased drug testing as follows: _____
- [ ] Participation in drug, alcohol, or mental health treatment.
- [ ] Complete _____ hours community service as directed.
- [ ] Comply with the following curfew restrictions or home confinement: _____
- [ ] Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
- [ ] Serve _____ days in jail, to be released on _____
- [ ] Termination from the H.O.P.E Program.
- [ ] Changes in current treatment: _____

All previously imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E Program review date is on <u>December 18, 2025, at 2:00</u> p.m.

Dated this <u>13th day of November 2025.</u>

_____
United States District Judge